UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MATTHEW MORGAN                                                    PLAINTIFF

v.                        No. 2:18-CV-02110

NAVIENT SOLUTIONS, LLC and
UNITED STUDENT AID FUNDS, INC.                             DEFENDANTS

## **JUDGMENT**

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 1st day of October, 2019.

                                                    */s/ P. K. Holmes, III*
                                                    P.K. HOLMES, III
                                                    U.S. DISTRICT JUDGE